IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-MJ-1950

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| BRITTANY A. FITTS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's request for appointment of counsel pursuant to 18 U.S.C. § 3006A.   In the financial affidavit supporting her request, defendant indicates that her husband is employed but does not provide any information about his earnings.   As a consequence, the court is unable to determine based upon the information provided whether defendant is financially eligible for appointment of counsel.   Defendant's request for appointment of counsel is, therefore, DENIED without prejudice.   Defendant may file a more complete application if she desires to have the court consider the appointment of counsel in her case.

This 11th day of September 2014.

KIMBERLY A. SWANK
United States Magistrate Judge